```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
UNITED STATES OF AMERICA           :   INFORMATION
                                   :
       - v. -                      :   19 Cr. ___ (AJN)
                                   :
ZIYING TAN,                        :
   a/k/a "Tony Tan,"               :
                                   :   19 CRIM 507
       Defendant.                  :
                                   :
- - - - - - - - - - - - - - - - - X
```

## COUNT ONE
### (Money Laundering Conspiracy)

The United States Attorney charges:

1. From at least in or about April 2017 until at least in or about February 2018, in the Southern District of New York and elsewhere, ZIYING TAN, a/k/a "Tony Tan," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to engage in money laundering offenses, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

2. It was a part and object of the conspiracy that ZIYING TAN, a/k/a "Tony Tan," the defendant, and others known and unknown, in an offense involving and affecting interstate and foreign commerce, knowing that the property involved in certain financial transactions, to wit, cash transactions and wire transfers, represented the proceeds of some form of unlawful activity, would and did conduct and attempt to conduct such financial transactions,

which in fact involved the proceeds of specified unlawful activity, as defined in Title 18, United States Code, Section 1956(c)(7), to wit, the proceeds of the unlawful sale of narcotics in violation of Title 21, United States Code, Section 841(a)(1), knowing that the transactions were designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

(Title 18, United States Code, Section 1956(h).)

**FORFEITURE ALLEGATION**

3. As a result of committing the offense alleged in Count One of this Information, ZIYING TAN, a/k/a "Tony Tan," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all property, real and personal, involved in said offense, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in said offense.

<u>Substitute Assets Provision</u>

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 982;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

*Geoffrey S. Berman* (signature)

GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ZIYING TAN,
a/k/a "Tony Tan,"

Defendant.

INFORMATION

19 Cr. ___ (AJN)

(18 U.S.C. § 1956.)

GEOFFREY S. BERMAN
United States Attorney