UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :
        - v. -                      :    **SEALING ORDER**
                                    :
ZIYING TAN,                         :    19 Cr.          (AJN)
    a/k/a "Tony Tan,                :    **19 CRIM  507**
                                    :
              Defendant.            :
                                    :
--------------------------------X

        WHEREAS an application has been made by the United States

of America for the temporary sealing of filings and other docket

entries in the above-captioned case, and the captioning of the

case as United States v. John Doe in the public docket; and

        WHEREAS the Court finds that active law enforcement

investigations may be compromised if the Government's application

is not granted,

        IT IS HEREBY ORDERED that filings in the above-captioned

case be filed under seal, and the case shall be captioned as United

States v. John Doe in the public docket, until further order by

this Court;

        IT IS FURTHER ORDERED that no docket entries shall be

made in the above-captioned matter until further Order by this

Court;

1

IT IS FURTHER ORDERED that counsel for the defendant and the Government may be provided a copy of any transcript of the proceedings in this matter without further Order of the Court; and

IT IS FINALLY ORDERED that the Government shall report to the Court on or before six months after execution of this Order regarding the continuing need, if any, to maintain these matters under seal.

Dated:    New York, New York
          July 12, 2019

_____
HON. ALISON J. NATHAN
United States Magistrate Judge
Southern District of New York

2